# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES C. CHAMBERS, JR.** | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 2:16-cv-02999-SHL-cgc |
| | ) | |
| vs. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **BROOKDALE SENIOR LIVING COMMUNITIES, INC., d/b/a SOUTHERLAND PLACE ASSISTED LIVING,** | ) ) ) ) | |
| | ) | |
| Defendant. | | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Defendant Brookdale Senior Living Communities, Inc., operating as Brookdale Germantown and incorrectly referred to as "d/b/a Southerland Place Assisted Living" ("Defendant"), and Plaintiff, James C. Chambers, Jr. ("Plaintiff"), by and through undersigned Counsel, hereby jointly stipulate that the above-captioned action should be and hereby is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties, as evidenced by the signatures of Counsel below, have settled all claims, and have stipulated to the dismissal with prejudice of the above-referenced action, each to bear its own costs and expenses, including attorney's fees and costs, except as outlined in the Parties' Settlement Agreement.

Respectfully submitted this the 7th day of November, 2017.

Respectfully submitted,

/s/ Emma J. Redden
ANGIE C. DAVIS
Tennessee Bar No. 20043
angiedavis@bakerdonelson.com
EMMA J. REDDEN
Tennessee Bar No. 33501
eredden@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
901-577-8110 – telephone

*Attorneys for Defendant, Brookdale Senior Living Communities, Inc., d/b/a Southerland Place Assisted Living*


/s/ Kristy L. Bennett (w/ perm. Emma J. Redden)
Kristy L. Bennett BPR #30016
Tressa V. Johnson BPR #26401
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
(901) 402-6830 (direct)
(901) 462-8629 (fax)
kristy@myjbfirm.com
tressa@mybjfirm.com

*Attorneys for Plaintiff, James C. Chambers, Jr.*