# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAMES C. CHAMBERS, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BROOKDALE SENIOR LIVING )<br>COMMUNITIES, INC., d/b/a )<br>SOUTHERLAND PLACE ASSISTED )<br>LIVING, )<br>)<br>    Defendant. ) | No. 16-cv-2999-SHL-cgc |

## AMENDED JUDGMENT

**JUDGMENT BY COURT.**[1]  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed December 22, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Joint Stipulation of Voluntary Dismissal with Prejudice (ECF No. 13), all claims by Plaintiff against Defendant in this matter are **DISMISSED WITH PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

November 15, 2017
Date

---

[1] Dismissal without prejudice was previously granted in this matter on February 3, 2017.  (ECF No. 12.)